UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| AUSTIN ROY CLARK, | Plaintiff, |
| v. | Civil Action No. 3:21-cv-480-DJH |
| NEELI BENDAPUDI, President of the University of Louisville, in her official and individual capacities, et al., | Defendants. |

\* \* \* \* \*

### ORDER

Plaintiff Austin Roy Clark having moved for an extension of time to serve the defendants in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Clark's motion for extension of time (Docket No. 7) is **GRANTED**. Clark shall have an additional **thirty (30) days** from entry of this Order within which to serve the defendants.

November 12, 2021

David J. Hale, Judge
United States District Court

1