# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*(Electronically Filed)*

| | |
|---|---|
| AUSTIN CLARK, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 3:21-CV-480-DJH |
| v. ) | |
| ) | |
| UNIVERSITY OF LOUISVILLE, et al., ) | |
| ) | |
| ) | |
| ) | |
| Defendants ) | |

## PROPOSED ORDER

Upon Motion of Defendants Neeli Bendapudi, Lori Gonzalez, Toni Ganzel, Olivia Mittel, and Monica Shaw to dismiss the Plaintiff's Amended Complaint, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that this Motion is **GRANTED**. The Plaintiff's Amended Complaint is dismissed in its entirety as to the following Defendants, with prejudice:

_____

_____

_____

_____

This is a final and appealable order and there is no just cause for delay.