# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*(Electronically Filed)*

| | |
|---|---|
| AUSTIN CLARK, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 3:21-CV-480-DJH |
| v. ) | |
| ) | |
| UNIVERSITY OF LOUISVILLE, et al., ) | |
| ) | |
| ) | |
| ) | |
| Defendants ) | |

## DEFENDANT UNIVERSITY OF LOUISVILLE'S MOTION FOR LEAVE TO FILE EXHIBITS TO MOTION TO DISMISS UNDER SEAL

Pursuant to Local Rule 5.7, Defendants Neeli Bendapudi, Lori Gonzalez, Toni Ganzel, Olivia Mittel, and Monica Shaw move the Court for leave to file documents identified as Exhibits 1, 2, and 3 (DN 9-1, 9-2, and 9-3) to their Motion to Dismiss under seal. As grounds for this Motion, Defendants state as follows:

1. This lawsuit arises from Plaintiff Austin Clark's dismissal from the University of Louisville School of Medicine.

2. On July 23, 2021, Plaintiff Austin Clark filed this lawsuit alleging four causes of action pursuant to 42 U.S.C. § 1983 in his verified original Complaint: (1) Violation of Plaintiff's First Amendment Right to Freedom of Speech Retaliation; (2) Violation of Plaintiff's First Amendment Right to Freedom of Speech Content & Viewpoint Discrimination; (3) Violation of Plaintiff's Fourteenth Amendment Right to Procedural Due Process of Law; and (4) Violation of

Plaintiff's Fourteenth Amendment Right to Equal Protection of the Law. (DN 1.) On August 10, 2021, Clark filed his Amended Complaint, adding additional allegations. (DN 4.)

3. Defendants Neeli Bendapudi, Lori Gonzalez, Toni Ganzel, Olivia Mittel, and Monica Shaw have moved to dismiss Plaintiff's Complaint. The Defendants' Motion to Dismiss attaches as exhibits documents concerning Plaintiff's student records and performance. These documents are integral to Plaintiff's claims and, thus, are properly considered at the pleadings stage.

4. Out of an abundance of caution, Defendants seek to file these exhibits under seal, as courts have determined that students have a compelling interest in having private educational records protected, as provided by the Family Educational Rights and Privacy Act ("FERPA). *See*, *e.g.*, *Painter v. Doe*, 2016 U.S. Dist. LEXIS 91003 (W.D.N.C. July 12, 2016) (granting motion to seal a transcript of a school disciplinary hearing because there is a "compelling interest in protecting the privacy of student records, evidenced by the letter and spirit of FERPA."); *United States v. Miami Univ.*, 91 F. Supp. 2d 1132, 1158 (S.D. Ohio 2000) ("[t]he citizenry does not possess a First Amendment right of access to the disciplinary records of public universities.").

5. Consistent with the spirit of the FERPA, Defendants file this Motion for leave to file exhibits to their Motion to Dismiss under seal.

6. Therefore, Defendants respectfully request that this Court grant their motion for leave to file exhibits to their motion to dismiss under seal and enter the proposed Order tendered herewith.

//

//

Respectfully submitted,

/s/ __Sarah Abshear_____
Donna King Perry
Sarah Abshear
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
(502) 540-2300
(502) 585-2207 (Fax)
donna.perry@dinsmore.com
sarah.abshear@dinsmore.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing motion for leave to file exhibits under seal was served via the Court's electronic case management system (CM/ECF) on this 9th day of December, 2021, upon the following:

Timothy Denison
235 South Fifth Street
Louisville, KY 40202
(502) 589-6916
Timothydenison1965@gmail.com

Robert Frederick Smith
9219 U.S. Highway 42
Prospect, KY 40059
(502) 592-3407
rfcsmith@me.com

*Counsel for Plaintiff*

/s/ Sarah Abshear_____
*Counsel for Defendants*