# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*(Electronically Filed)*

| | |
|---|---|
| AUSTIN CLARK, ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | Civil Action No. 3:21-CV-480-DJH |
| v. ) | |
| ) | |
| UNIVERSITY OF LOUISVILLE, et al., ) | |
| ) | |
| ) | |
| ) | |
|     **Defendants** ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Donna King Perry, hereby enters her appearance as counsel of record for the Defendant in this action. Please direct all future correspondence, pleadings, and other communications to the undersigned.

    Respectfully submitted,

/s/ Donna King Perry
Donna King Perry
Sarah Abshear
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
(502) 540-2300
(502) 585-2207 (Fax)
donna.perry@dinsmore.com
sarah.abshear@dinsmore.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorney(s) of record:

Timothy Denison
235 South Fifth Street
Louisville, KY 40202
(502) 589-6916
Timothydenison1965@gmail.com

Robert Frederick Smith
9219 U.S. Highway 42
Prospect, KY 40059
(502) 592-3407
rfcsmith@me.com

*Counsel for Plaintiff*

                                                /s/ Donna King Perry
                                                *Counsel for Defendants*