UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*(Electronically Filed)*

| | |
|---|---|
| AUSTIN CLARK, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 3:21-CV-480-DJH |
| v. ) | |
| ) | |
| UNIVERSITY OF LOUISVILLE, et al., ) | |
| ) | |
| ) | |
| ) | |
| Defendants ) | |

## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants Jennifer Koch, William Crump, Mohan Rao, and Thomas Neely, in their individual and official capacities, by counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby move this Court to dismiss the Plaintiff's Amended Complaint in its entirety. The grounds for this Motion are set forth in an attached supporting Memorandum, which is being simultaneously filed. A proposed Order is attached as well.

Respectfully submitted,

/s/ *Suzanne Marino*
Donna King Perry
Suzanne Marino
Aaron Vance
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
(502) 540-2300
donna.perry@dinsmore.com
suzanne.marino@dinsmore.com
aaron.vance@dinsmore.com
*Counsel for Defendants*