# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| AUSTIN CLARK, | ) |
| | ) |
|     Plaintiff | ) |
| | )   Civil Action No. 3:21-CV-480-DJH |
| v. | ) |
| | ) |
| UNIVERSITY OF LOUISVILLE, et al., | ) |
| | ) |
| | ) |
|     Defendants | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL OF AARON T. VANCE

Aaron T. Vance, pursuant to LR 83.6, hereby provides notice that, effective August 12, 2022, he is no longer associated with Dinsmore & Shohl LLP and is therefore withdrawing his appearance as counsel, with consent, for the University of Louisville, Neeli Bendapudi, Lori Gonzalez, Toni Ganzel, Olivia Mittel, Monica Shaw, Jennifer Koch, William Crump, Mohan Rao, and Thomas Neely in the above-captioned matter. Donna King Perry, Matthew Barszcz, and Suzanne Marino of Dinsmore & Shohl LLP will remain as counsel of record of the aforementioned.

    Respectfully submitted,

    */s/Aaron Vance*
    Donna King Perry
    Matthew Barszcz
    Suzanne Marino
    Aaron Vance
    Dinsmore & Shohl LLP
    101 South Fifth Street, Suite 2500
    Louisville, KY 40202
    (502) 540-2300
    donna.perry@dinsmore.com
    matthew.barszcz@dinsmore.com
    suzanne.marino@dinsmore.com
    aaron.vance@dinsmore.com
    *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2022, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and serve counsel for all parties.

Timothy Denison
235 South Fifth Street
Louisville, KY 40202
(502) 589-6916
Timothydenison1965@gmail.com

Robert Frederick Smith
9219 U.S. Highway 42
Prospect, KY 40059
(502) 592-3407
rfcsmith@me.com
*Counsel for Plaintiff*

                                              */s/Aaron Vance*
                                              *Counsel for Defendants*