UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

AUSTIN ROY CLARK, Plaintiff,

v. Civil Action No. 3:21-cv-480-DJH-LLK

NEELI BENDAPUDI et al., Defendants.

* * * * *

**ORDER**

Plaintiff Austin Roy Clark was granted fourteen days to show cause why his claims against Defendants Sara Petruska, Juliana Brown, Christina Giles, Jon Alexander, Samuel Reynolds, and the University of Louisville should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). (Docket No. 33; D.N. 34, PageID.294) The record reflects no action by Clark in response to those show-cause orders. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Clark's claims against Petruska, Brown, Giles, Alexander, Reynolds, and U of L are **DISMISSED**. The Clerk of Court is **DIRECTED** to terminate Sara Petruska, Juliana Brown, Christina Giles, Jon Alexander, Samuel Reynolds, and the University of Louisville as defendants in the record of this matter.

(2) All claims having been resolved (*see* D.N. 34), this matter is **DISMISSED** and **STRICKEN** from the Court's docket.

October 25, 2022

David J. Hale, Judge
United States District Court

1