UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO. 3:21-CV-480-DJH-RSE

AUSTIN ROY CLARK                                                                                             PLAINTIFF

VS.                             **RE-FILED NOTICE OF APPEAL**

UNIVERSITY OF LOUISVILLE, ET AL.                                        DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*

Comes the Plaintiff, AUSTIN ROY CLARK, hereby gives notice of the re-filing of his Notice of Appeal from the Opinions, Orders and Judgments entered September 30, 2022, and October 25, 2022, by this Honorable Court.

1. The Appellant is Austin Roy Clark, represented by Timothy Denison, Attorney at Law, 235 South Fifth Street, Suite 300, Louisville, Kentucky 40202.

2. The Appellees are the University of Louisville, former University President Neeli Bendapudi, Provost Lori Gonzalez, Dean Toni Ganzel, Associate Dean Olivia Mittel, Vice Dean Monica Shaw, Associate Dean Bill crump, Dr. Thomas Neely, Dr. Mohan Rao, Dr. Jennifer Koch, Dr. Sara Petruska, Associate professor Julianna Brown, Dr. Cristina Giles, Dr. Jon Alexander, and Dr. Samuel Reynolds, who are represented by Sarah B. Abshear, Matthew Barszcz, Suzanne Marino and Donna King Perry, Dinsmore and Shohl, LLP, 101 North Fifth Street, Suite 2500, Louisville, Kentucky 40202.

3. The Orders appealed from were entered September 30, 2022, and October 25, 2022, by this Honorable Court (although neither order designates itself as final and appealable).

4. On or about October 28, 2022, undersigned counsel timely and electronically filed his Notice of Appeal from the two above-referenced orders (Exhibit A).

5. The electronic transaction proceeded without incident and counsel was charged the normal appeal filing fee of $505. A copy of same is attached as Exhibit B.

6. Counsel vaguely recalls seeing the notice of filing On or about Wednesday, November 2, 2022, counsel was preparing the initiating documents for this appeal when he discovered that the Notice of Appeal was not listed in the history of filing.

7. Counsel immediately contacted the Clerk for the Western District of Kentucky and advised of the foregoing.

8. The Clerk's Office then provided counsel with their receipt (AKYWDC-368604) of the same filing in the same case on October 28, 2022, at 11:15:57 a.m., which is attached hereto as Exhibit C, although the actual Notice of Appeal document is nowhere to be found).

9. It appearing that the undersigned is still within his time to timely file his re-filed Notice of Appeal, undersigned counsel again tenders same.

10. The record on appeal has not been withdrawn by the Plaintiff.

Respectfully submitted,

/s/ Timothy Denison
TIMOTHY DENISON
Counsel for Plaintiff
235 South Fifth Street
The Third Floor
Louisville, Kentucky 40202
(502) 589-6916; (FAX) 568-6919
timothydenison@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the trial court and electronically served upon all persons entitled to receive notice listed above on this the 2nd day of November, 2022.

/s/ Timothy Denison
TIMOTHY DENISON