**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 07, 2022

Ms. Sarah Brooke Abshear
Mr. Matthew Warren Barszcz
Ms. Suzanne Marino
Ms. Donna King Perry
Dinsmore & Shohl
101 S. Fifth Street
Suite 2500
Louisville, KY 40202

Mr. Timothy Denison
235 S. Fifth Street
Suite 300
Louisville, KY 40202-3226

          Re: Case No. 22-5983, *Austin Clark v. Neeli Bendapudi, et al*
              Originating Case No.: 3:21-cv-00480

Dear Counsel,

   This appeal has been docketed as case number **22-5983** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 21, 2022**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

          Appellant:    Appearance of Counsel
                        Civil Appeal Statement of Parties & Issues

        Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

        Appearance of Counsel
Appellee:  Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

  More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely,

        s/Antoinette Macon
        Case Manager
        Direct Dial No. 513-564-7015


Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 22-5983

AUSTIN ROY CLARK

       Plaintiff - Appellant

v.

NEELI BENDAPUDI, President of the University of Louisville, in her official and individual capacities; LORI GONZALES, Executive Vice President and University Provost at the University of Louisville, in her official and individual capacities; TONI M. GANZEL, Executive Dean of the School of Health No. Medicine at the University of Louisville, in her official and individual capacities; BILL CRUMP, Assistant Dean, University of Louisville School of Medicine, Madisonville Campus in his official and individual capacities; OLIVIA MITTEL, Assistant Dean, University of Louisville School of Medicine, Jackson Street in her official and individual capacities; MONICA SHAW, Assistant Dean, University of Louisville School of Medicine, Jackson Street Campus, in her official and individual capacities; SARA PETRUSKA, Clerkship, Director OBGYN Department, University of Louisville School of Medicine, Jackson Street Campus, in her official and individual capacities; THOMAS NEELEY, M.D., Instructor, University of Louisville School of Medicine, Madisonville Campus, in his official and individual capacities; MOHAN RAO, M.D., Instructor, University of Louisville School of Medicine, Madisonville Campus, in his official and individual capacities; JULIANA BROWN, Clinical Director Internal Medicine, University of Louisville School of Medicine, Jackson Street Campus, in her official and individual capacities; JENNIFER KOCH, Program Director, Internal Medicine, University of Louisville School of Medicine, Jackson Street Campus, in her official and individual capacities; CHRISTINA GILES, Resident Doctor, Internal Medicine, University of Louisville School of Medicine, Jackson Street Campus, in her official and individual capacities; JON ALEXANDER, Resident Doctor, University of Louisville School of Medicine, in his official and individual capacities; SAMUEL REYNOLDS, Resident Doctor, University of Louisville School of Medicine, Jackson Street Campus, in his official and individual capacities; UNIVERSITY OF LOUISVILLE

       Defendants - Appellees