UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO. 3:21-CV-480-DJH-RSE

AUSTIN ROY CLARK                                               PLAINTIFF

vs.                            **REQUEST FOR FEE REFUND**

UNIVERSITY OF LOUISVILLE, ET AL.                       DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*

AUSTIN ROY CLARK, Plaintiff, by counsel, respectfully submits this request for Filing Fee Refund with respect to the $505 Notice of Appeal filing fee in Receipt No. (AKYWDC-3687604). When attempting to file a Notice of Appeal on October 28, 2022, counsel encountered a technical failure/docketing error, and did not receive confirmation of filing. Furthermore, this technical failure required re-filing of the document, which is reflected in Receipt No. (AKYWDC-3690454).

Respectfully submitted,

/s/ Timothy Denison_____
TIMOTHY DENISON
Counsel for Plaintiff
235 South Fifth Street
The Third Floor
Louisville, Kentucky 40202
 (502) 589-6916; (FAX) 568-6919
timothydenison@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the trial court and electronically served upon all persons entitled to receive notice listed above on this the 1st day of March, 2023.

/s/ Timothy Denison
TIMOTHY DENISON