**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: August 16, 2023

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

      Re:  Case No. 22-5983, *Austin Clark v. Neeli Bendapudi, et al*
           Originating Case No. 3:21-cv-00480

Dear Mr. Vilt:

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Patricia J. Elder, Senior Case Manager
                                          for Antoinette Macon, Case Manager

cc:  Mr. Matthew Warren Barszcz
      Mr. Timothy Denison
      Ms. Suzanne Marino
      Ms. Donna King Perry

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-5983
_____

Filed: August 16, 2023

AUSTIN ROY CLARK

      Plaintiff - Appellant

v.

NEELI BENDAPUDI, President of the University of Louisville, in her official and individual capacities; LORI GONZALES, Executive Vice President and University Provost at the University of Louisville, in her official and individual capacities; TONI M. GANZEL, Executive Dean of the School of Health No. Medicine at the University of Louisville, in her official and individual capacities; BILL CRUMP, Assistant Dean, University of Louisville School of Medicine, Madisonville Campus in his official and individual capacities; OLIVIA MITTEL, Assistant Dean, University of Louisville School of Medicine, Jackson Street in her official and individual capacities; MONICA SHAW, Assistant Dean, University of Louisville School of Medicine, Jackson Street Campus, in her official and individual capacities; SARA PETRUSKA, Clerkship, Director OBGYN Department, University of Louisville School of Medicine, Jackson Street Campus, in her official and individual capacities; THOMAS NEELEY, M.D., Instructor, University of Louisville School of Medicine, Madisonville Campus, in his official and individual capacities; MOHAN RAO, M.D., Instructor, University of Louisville School of Medicine, Madisonville Campus, in his official and individual capacities; JULIANA BROWN, Clinical Director Internal Medicine, University of Louisville School of Medicine, Jackson Street Campus, in her official and individual capacities; JENNIFER KOCH, Program Director, Internal Medicine, University of Louisville School of Medicine, Jackson Street Campus, in her official and individual capacities; CHRISTINA GILES, Resident Doctor, Internal Medicine, University of Louisville School of Medicine, Jackson Street Campus, in her official and individual capacities; JON ALEXANDER, Resident Doctor, University of Louisville School of Medicine, in his official and individual capacities; SAMUEL REYNOLDS, Resident Doctor, University of Louisville School of Medicine, Jackson Street Campus, in his official and individual capacities; UNIVERSITY OF LOUISVILLE

      Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 07/25/2023 the mandate for this case hereby issues today.

COSTS: None