UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

AUSTIN ROY CLARK, Plaintiff,

v. Civil Action No. 3:21-cv-480-DJH-LLK

NEELI BENDAPUDI et al., Defendants.

\* \* \* \* \*

## **ORDER**

In accordance with the Sixth Circuit's decision of July 25, 2023 (Docket No. 39), and the Mandate issued August 16, 2023 (D.N. 40), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **CLOSED** and **STRICKEN** from the Court's docket.

August 17, 2023

David J. Hale, Judge
United States District Court